JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois corporation,<br><br>               Plaintiff,<br>    v.<br><br>NICK ROMERO, ANDREA ROMERO, and CONNOR ROMERO a.k.a. CONNER ROMERO, individuals who are California citizens, and DOES 1-100, inclusive,<br><br>               Defendants. | CASE NO.: 2:16-cv-08882-DSF-Ex<br><br>**JUDGMENT** |

1

Having granted plaintiff RLI Insurance Company's motion for summary judgment, the Court now declares and orders that the Personal Umbrella Liability Policy issued by RLI to Nick Romero and Andrea Romero for the policy period of November 17, 2015 to November 17, 2016, which bears policy number PUP1235772, does not afford any insurance coverage to Defendants Nick Romero, Andrea Romero, or Connor Romero a.k.a. Conner Romero with respect to the March 12, 2016, crash of Nick Romero's Moomba Amobius watercraft on the Colorado River near Blythe, California.

Dated: July 10, 2017　　　　　By: _____
　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge